UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------X

In re:

Chapter 13
Case No: 09-46865

**PAMELA RODGERS**

Debtor.

**MOTION TO EXTEND THE
AUTOMATIC STAY**

-----------------------------------------------------X

**TO: THE HONORABLE CARLA E. CRAIG
     UNITED STATES BANKRUPTCY JUDGE:**

**PAMELA RODGERS** the debtor (the "Debtor"), by her attorney, the Law Office of

Frank J. Rio, and for her application for the entry of an order pursuant to section

362(c)(4)(A)(i)(B) of Title 11 of the United States Code (the "Bankruptcy Code"),

seeking to have the bankruptcy stat continued as to all creditors, respectfully represents:

## GENERAL BACKGROUND

1.    The Debtor filed a chapter 13 bankruptcy petition on August 11, 2009.

2.    This is the Debtor's second chapter 13 bankruptcy case. The first case was

      filed pro se on June 3, 2009 and dismissed on July 23, 2009 (see Exhibit "1"

      docket sheet).

3.    The debtor has filed this case in good faith. The Debtor's first bankruptcy

      petition was filed pro se on June 3, 2009. The Debtor received a 30 day

      extension to file the Credit Counseling Certificate, and filed the Credit

      Counseling Certificate on July 1, 2009. The Court filed a notice of Deficient

      Filing Chapter 13 on June 3, 2009, and filed an Automatic Dismissal on July

      20, 2009. The Debtor was unaware of the stringent filing deadlines in the

      instant matter, and was prepared to file all the deficient paperwork during the

341 meeting, however, found out at the 341 meeting that the matter was dismissed. After this dismissal, the Debtor retained counsel so that she may receive legal assistance with the correct filing of her chapter 13 petition.

## GOOD FAITH

4.    The Debtor has filed in the instant matter in good faith in a genuine effort to begin a reasonable payment plan for her debts, and has not filed in bad faith, or for any purpose forbidden by law. As the Debtor's Affidavit indicates, she did not intentionally fail to cooperate in her first bankruptcy case. The Debtor has taken budget and credit counseling in the instant matter during the 180-day period preceding the date of filing, and has filed all of the requested schedules in her current petition.

5.    The Debtor is seeking to impose the stay the stay so as not to be harassed by her creditors through her chapter 13 bankruptcy case, and to begin the reasonable repayment of her debt to her creditors.

## RELIEF SOUGHT

6.    By this application, the Debtor seeks pursuant to Section 362(c)(4)(A)(i)(B) of the Bankruptcy Code to have the stay continued as to all of her creditors indefinitely.

7.    As set forth above and in the Debtor's affidavit, the Debtor has clearly demonstrated that she is proceeding in good faith in her chapter 13 case.

8.    No previous application for the relief requested herein has been made.

**WHEREFORE,** the Debtor respectfully requests that this Court enter the annexed order and grant such other and further relief as the Court deems just and proper.

Dated: August 14, 2009
        Brooklyn, New York

                                   LAW OFFICE OF FRANK J. RIO
                                   Attorney for Debtor
By:_____
                                   Frank J. Rio, Esq.
                                   2011 Flatbush Avenue
                                   Brooklyn, N.Y. 11234
                                   718 258-2255
                                   718 258-7058 fax.

**EXHIBIT 1**

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
### Bankruptcy Petition #: 1-09-44663-cec

*Date filed:*  06/03/2009
*Debtor dismissed:*  07/20/2009

*Assigned to:* Carla E. Craig
Chapter 13
Voluntary
Asset

*Debtor disposition:*  Dismissed for Other Reason

| | |
|---|---|
| ***Debtor***<br>**Pamela Rodgers**<br>33 Vanderbilt Avenue<br>Brooklyn, NY 11205<br>SSN / ITIN: xxx-xx-3518 | represented by **Pamela Rodgers**<br>PRO SE |

***Trustee***
**Michael J. Macco**
135 Pinelawn Road
Suite 120 South
Melville, NY 11747
(631) 549-7900

***U.S. Trustee***
**Diana G. Adams**
Office of the United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201
(718) 422-4960

| Filing Date | # | Docket Text |
|---|---|---|
| 06/03/2009 | 1 | Chapter 13 Voluntary Petition. Fee Amount $ 274 Filed by Pamela A Rodgers Government Proof of Claim due by 11/30/2009. (agh) Additional attachment(s) added on 6/3/2009 (agh). (Entered: 06/03/2009) |
| 06/03/2009 | | Meeting of Creditors Chapter 13 & Appointment of Chapter 13 Trustee Michael J. Macco with 341(a) Meeting to be held on 07/14/2009 at 10:00 AM at Room 2579, 271 Cadman Plaza East, Brooklyn, NY . Proof of Claims due by 10/13/2009 . (Entered: 06/03/2009) |
| 06/03/2009 | | Receipt Number 293301; Fee Amount $ 274.00 (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Pamela A Rodgers) (agh) (Entered: 06/03/2009) |

| 06/03/2009 | 2 | Exhibit D Re: Credit Counseling Requirement filed for Debtor Request for 30 day extension to file Certificate of Credit Counseling; Filed by Pamela A Rodgers (agh) (Entered: 06/03/2009) |
|---|---|---|
| 06/03/2009 | 3 | Deficient Filing Chapter 13 : Certificate of Credit Counseling due by 6/3/2009. Section 521 Incomplete Filings due by 7/20/2009. Summary of Schedules due 6/18/2009. Statistical Summary of Certain Liabilities due by 6/18/2009. Schedules A - J due 6/18/2009. Declaration Concerning Debtors schedules due 6/18/2009. Statement of Financial Affairs due 6/18/2009. Chapter 13 Plan due 6/18/2009. Statement of Current Monthly Income and Means Test (Chapter 13) due by 6/18/2009. Copies of pay statements received from any employer due by 6/18/2009. Incomplete Filings due by 6/18/2009. (agh) (Entered: 06/03/2009) |
| 06/03/2009 | 4 | Request for Notice - Chapter 13 Meeting of Creditors and Hearing on Confirmation. Confirmation hearing to be held on 8/18/2009 at 11:00 AM at Courtroom 3529 (Judge Craig), Brooklyn, NY. Last day to Object to Confirmation 8/18/2009.Objections to 523 due by 9/14/2009. (agh) (Entered: 06/03/2009) |
| 06/05/2009 | 5 | BNC Certificate of Mailing - Meeting of Creditors Service Date 06/05/2009. (Admin.) (Entered: 06/06/2009) |
| 06/05/2009 | 6 | BNC Certificate of Mailing with Notice of Electronic Filing Service Date 06/05/2009. (Admin.) (Entered: 06/06/2009) |
| 06/05/2009 | 7 | BNC Certificate of Mailing with Notice of Deficient Filing Service Date 06/05/2009. (Admin.) (Entered: 06/06/2009) |
| 06/25/2009 | 8 | Order Approving temporary exemption from the Credit Counseling Requirement, which exemption shall expire on July 3, 2009. If the debtor(s) fails to comply with the Credit Counseling Requirement, or fails to file a motion pursuant to 11 U.S.C. § 109(h)(3)(B) requesting a further 15-day exemption, on or before July 3, 2009, this bankruptcy case may be dismissed without further notice or hearing (RE: related document(s) 2 Exhibit D Re: Credit Counseling Requirement filed by Debtor Pamela A Rodgers). Signed on 6/25/2009 (aac) (Entered: 06/25/2009) |
| 07/01/2009 | 9 | Certificate of Credit Counseling for Debtor Filed by Pamela A Rodgers (RE: related document(s) 3 Deficient Filing Chapter 13) (mem) (Entered: 07/01/2009) |
| 07/14/2009 | | Notice of Continuance of Meeting of Creditors on 8/4/2009 at 09:15 AM at Room 2579, 271 Cadman Plaza East, Brooklyn, NY (Macco, Michael) (Entered: 07/14/2009) |
| 07/15/2009 | 10 | Chapter 13 Trustee's Motion to Dismiss Case. Hearing scheduled for 8/18/2009 at 11:00 AM at Courtroom 3529 (Judge Craig), Brooklyn, NY. (Macco, Michael) (Entered: 07/15/2009) |
| 07/20/2009 | 14 | Case Automatically Dismissed pursuant to 11 U.S.C. Section 521(i)(1) with Notice of Automatic Dismissal Sent to Debtor (jrw) (Entered: 07/23/2009) |
| 07/21/2009 | 11 | Final Notice of Section 521 Deficiencies (jrw) (Entered: 07/21/2009) |

| 07/21/2009 | 12 | Request for Judicial Determination Concerning Dismissal Pursuant to 11 U.S.C. Section 521(i) (RE: related document(s) 11 Final Notice of Section 521 Deficiencies) (jrw) (Entered: 07/21/2009) |
|---|---|---|
| 07/23/2009 | 13 | Order Directing Clerk's Office to dismiss this case pursuant to 11 U.S.C. Section 521(i). (RE: related document(s) 12 Request for Judicial Determination Re: 521 Documents). Signed on 7/23/2009 (jrw) (Entered: 07/23/2009) |
| 07/23/2009 | 15 | BNC Certificate of Mailing with Final Notice of Section 521 Deficiencies Service Date 07/23/2009. (Admin.) (Entered: 07/24/2009) |
| 07/25/2009 | 16 | BNC Certificate of Mailing with Notice of Automatic Dismissal of Case Service Date 07/25/2009. (Admin.) (Entered: 07/26/2009) |
| 07/29/2009 | 17 | Chapter 13 Trustee Final Report and Account for Dismissed Case. (Macco, Michael) (Entered: 07/29/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/14/2009 13:17:15 | | | |
| **PACER Login:** | fr2080 | **Client Code:** | rodgers |
| **Description:** | Docket Report | **Search Criteria:** | 1-09-44663-cec Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:                                          Chapter 13
                                                Case No: 09-46865
     **PAMELA RODGERS**

                                                **AFFIDAVIT OF CHANGED**
            Debtor.                             **CIRCUMSTANCES**
-----------------------------------------------------X
STATE OF NEW  YORK     )
                       )ss:
COUNTY OF KINGS        )

**PAMELA RODGERS** being duly sworn, deposes and says:

1.    On August 11, 2009, I filed a chapter 13 petition in the Eastern District of

      New York.

2.    This is not the first bankruptcy case I have filed.  I filed a prior chapter 13

      case in the Eastern District of New York on June 3, 2009 (Prior Case"),

      case number 1-09-44663-cec.   The docket sheet of the Prior Case is

      attached hereto as Exhibit 1.  The Prior Case was dismissed on July 20,

      2009.   My Prior Case was dismissed for my failure to timely file the

      requested schedules of my petition.

3.    It is respectfully submitted that my Current Case was filed in good faith.  I

      have filed all the required schedules of my petition in the Current Case.  I

      have been in litigation with my current mortgage lenders, and it is my

      desire to set up a payment plan under chapter 13 so that I may pay back

      the amount that I owe over a five year period.  I am requesting that the

      stay be imposed as to all creditors so that I may retain my principal

      residence and be able to pay back my debts, and so as not to be harassed

      through and until I complete this chapter 13 filing.

**WHEREFORE,** it is respectfully requested that this Court enter an order continuing the automatic stay and providing for such other and further relief as this Court deems just and proper.

_Pamela Rodgers_
PAMELA RODGERS

Sworn to before me this
14th day of August, 2009

Notary Public

CHRISTOPHER J. RIO
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RI6205318
Qualified in Kings County
My Commission Expires May 04, 2013

**EXHIBIT 1**

PlnDue, DebtEd, DISMISSED

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
### Bankruptcy Petition #: 1-09-44663-cec

*Date filed:* 06/03/2009
*Debtor dismissed:* 07/20/2009

*Assigned to:* Carla E. Craig
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Pamela Rodgers**
33 Vanderbilt Avenue
Brooklyn, NY 11205
SSN / ITIN: xxx-xx-3518

represented by **Pamela Rodgers**
PRO SE

**Trustee**
**Michael J. Macco**
135 Pinelawn Road
Suite 120 South
Melville, NY 11747
(631) 549-7900

**U.S. Trustee**
**Diana G. Adams**
Office of the United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201
(718) 422-4960

| Filing Date | # | Docket Text |
|---|---|---|
| 06/03/2009 | 1 | Chapter 13 Voluntary Petition. Fee Amount $ 274 Filed by Pamela A Rodgers Government Proof of Claim due by 11/30/2009. (agh) Additional attachment(s) added on 6/3/2009 (agh). (Entered: 06/03/2009) |
| 06/03/2009 | | Meeting of Creditors Chapter 13 & Appointment of Chapter 13 Trustee Michael J. Macco with 341(a) Meeting to be held on 07/14/2009 at 10:00 AM at Room 2579, 271 Cadman Plaza East, Brooklyn, NY . Proof of Claims due by 10/13/2009 . (Entered: 06/03/2009) |
| 06/03/2009 | | Receipt Number 293301; Fee Amount $ 274.00 (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Pamela A Rodgers) (agh) (Entered: 06/03/2009) |

| | | |
|---|---|---|
| 06/03/2009 | 2 | Exhibit D Re: Credit Counseling Requirement filed for Debtor Request for 30 day extension to file Certificate of Credit Counseling; Filed by Pamela A Rodgers (agh) (Entered: 06/03/2009) |
| 06/03/2009 | 3 | Deficient Filing Chapter 13 : Certificate of Credit Counseling due by 6/3/2009. Section 521 Incomplete Filings due by 7/20/2009. Summary of Schedules due 6/18/2009. Statistical Summary of Certain Liabilities due by 6/18/2009. Schedules A - J due 6/18/2009. Declaration Concerning Debtors schedules due 6/18/2009. Statement of Financial Affairs due 6/18/2009. Chapter 13 Plan due by 6/18/2009. Statement of Current Monthly Income and Means Test (Chapter 13) due by 6/18/2009. Copies of pay statements received from any employer due by 6/18/2009. Incomplete Filings due by 6/18/2009. (agh) (Entered: 06/03/2009) |
| 06/03/2009 | 4 | Request for Notice - Chapter 13 Meeting of Creditors and Hearing on Confirmation. Confirmation hearing to be held on 8/18/2009 at 11:00 AM at Courtroom 3529 (Judge Craig), Brooklyn, NY. Last day to Object to Confirmation 8/18/2009.Objections to 523 due by 9/14/2009. (agh) (Entered: 06/03/2009) |
| 06/05/2009 | 5 | BNC Certificate of Mailing - Meeting of Creditors Service Date 06/05/2009. (Admin.) (Entered: 06/06/2009) |
| 06/05/2009 | 6 | BNC Certificate of Mailing with Notice of Electronic Filing Service Date 06/05/2009. (Admin.) (Entered: 06/06/2009) |
| 06/05/2009 | 7 | BNC Certificate of Mailing with Notice of Deficient Filing Service Date 06/05/2009. (Admin.) (Entered: 06/06/2009) |
| 06/25/2009 | 8 | Order Approving temporary exemption from the Credit Counseling Requirement, which exemption shall expire on July 3, 2009. If the debtor(s) fails to comply with the Credit Counseling Requirement, or fails to file a motion pursuant to 11 U.S.C. § 109(h)(3)(B) requesting a further 15-day exemption, on or before July 3, 2009, this bankruptcy case may be dismissed without further notice or hearing (RE: related document(s) 2 Exhibit D Re: Credit Counseling Requirement filed by Debtor Pamela A Rodgers). Signed on 6/25/2009 (aac) (Entered: 06/25/2009) |
| 07/01/2009 | 9 | Certificate of Credit Counseling for Debtor Filed by Pamela A Rodgers (RE: related document(s) 3 Deficient Filing Chapter 13) (mem) (Entered: 07/01/2009) |
| 07/14/2009 | | Notice of Continuance of Meeting of Creditors on 8/4/2009 at 09:15 AM at Room 2579, 271 Cadman Plaza East, Brooklyn, NY (Macco, Michael) (Entered: 07/14/2009) |
| 07/15/2009 | 10 | Chapter 13 Trustee's Motion to Dismiss Case. Hearing scheduled for 8/18/2009 at 11:00 AM at Courtroom 3529 (Judge Craig), Brooklyn, NY. (Macco, Michael) (Entered: 07/15/2009) |
| 07/20/2009 | 14 | Case Automatically Dismissed pursuant to 11 U.S.C. Section 521(i)(1) with Notice of Automatic Dismissal Sent to Debtor (jrw) (Entered: 07/23/2009) |
| 07/21/2009 | 11 | Final Notice of Section 521 Deficiencies (jrw) (Entered: 07/21/2009) |

| 07/21/2009 | 12 | Request for Judicial Determination Concerning Dismissal Pursuant to 11 U.S.C. Section 521(i) (RE: related document(s) 11 Final Notice of Section 521 Deficiencies) (jrw) (Entered: 07/21/2009) |
|---|---|---|
| 07/23/2009 | 13 | Order Directing Clerk's Office to dismiss this case pursuant to 11 U.S.C. Section 521(i). (RE: related document(s) 12 Request for Judicial Determination Re: 521 Documents). Signed on 7/23/2009 (jrw) (Entered: 07/23/2009) |
| 07/23/2009 | 15 | BNC Certificate of Mailing with Final Notice of Section 521 Deficiencies Service Date 07/23/2009. (Admin.) (Entered: 07/24/2009) |
| 07/25/2009 | 16 | BNC Certificate of Mailing with Notice of Automatic Dismissal of Case Service Date 07/25/2009. (Admin.) (Entered: 07/26/2009) |
| 07/29/2009 | 17 | Chapter 13 Trustee Final Report and Account for Dismissed Case. (Macco, Michael) (Entered: 07/29/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/14/2009 13:17:15 | | | |
| **PACER Login:** | fr2080 | **Client Code:** | rodgers |
| **Description:** | Docket Report | **Search Criteria:** | 1-09-44663-cec Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                          Chapter 13
                                                Case No: 09-46865

     **PAMELA RODGERS**

              Debtor.
-------------------------------------------------------X
**ORDER EXTENDING THE AUTOMATIC STAY**

     **WHEREAS,** on August 11, 2009, PAMELA RODGERS (the "Debtor") files a

voluntary petition for relief under chapter 13 of the Bankruptcy Code; and

     **WHEREAS,** the Debtor had filed a previous bankruptcy petition on June 3, 2009,

which was dismissed by the Court on July 20, 2009; and

     **WHEREAS,** pursuant to Section 362(c)(3)(B) of the Bankruptcy Code, the

automatic stay which came into effect on the petition date of August 11, 2009, would

terminate ton the 30th day, unless extended by further Order of the Court; and

     **WHEREAS,** counsel for the Debtor moved for an Order pursuant to Section

362(c)(3)(B) of the Bankruptcy Code extending the automatic stay; and

     **WHEREAS,** the Court conducted a hearing on the Motion on

_____; and no opposition having been received and due deliberation having

been had, and good and sufficient cause appearing therefore, the Court granted the

Motion for an Order extending the automatic stay; accordingly, it is

     **ORDERED** that the automatic stay shall be and hereby is extended pursuant to

Section 362(c)(3)(B) of the Bankruptcy Code.

Dated:
     Brooklyn, N.Y.

                   _____
                   THE HONORABLE CARLA E. CRAIG
                   UNITED STATES BANKRUPTCY JUDGE