PAMELA RODGERS PAYMENT PLAN

1ST Mortgage. Payment of interest only for the first five years of $4,000.00 per month, with a balloon payment for the principal balance of $400,000.00 after the fifth year.

2nd Mortgage. Payment of interest only for the first five years of $4,500.00 per month, with a balloon payment for the principal balance of $425,000.00 after the fifth year.


*[signature: Pamela Rodgers]*
PAMELA RODGERS
Debtor


Dated: August 14, 2009
      Brooklyn, N.Y.